UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption: 25-2366

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> Cisco Systems, Inc. v. Doe, No. 24-856 pending before the United States Supreme Court addresses one overlapping issue with this case: Does the Alien Tort Statute allow a judically-implied private right of action for claims of aiding and abetting?
>
> First Choice Women's Resource Centers, Inc. v. Platkin, No. 24-781 pending before the United States Supreme Court addresses an issue not squarely raised within this litigation but referenced by amici briefing filed in this case, as to an as-yet incomplete investigation in Virginia led by its former Attorney General, which requested information on AMP's donors and volunteers. The Supreme Court in First Choice addresses First Amendment and Fourth Amendment issues impacting similar demand made there.

Signature: /s/ Christina Jump    Counsel for: American Muslims for Palestine, Osama Abuirshaid, and Hatem Bazian

Date: 02/09/2026

**File using event:** RESPONSE/ANSWER (to Similar Case notice)