UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2366
(1:24-cv-00724-RDA-IDD)

_____

MAYA PARIZER; ADIN GESS; NOACH NEWMAN; NATALIE SANANDAJI; YONI DILLER; DAVID BROMBERG; LIOR BAR OR; ARIEL EIN-GAL; HAGAR ALMOG

    Plaintiffs - Appellants

v.

AJP EDUCATIONAL FOUNDATION INC., a/k/a American Muslims for Palestine; NATIONAL STUDENTS FOR JUSTICE IN PALESTINE; WESPAC FOUNDATION; HATEM BAZIAN; OSAMA ABUIRSHAID; TAHER HERZALLAH; ZAREFAH BAROUD

    Defendants - Appellees

------------------------------

VIRGINIA, IOWA, AND 23 ADDITIONAL STATES; THE RIEDERS FOUNDATION; MIDDLE EAST FORUM

    Amici Supporting Appellants

_____

O R D E R
_____

The court defers consideration of the motion to file attachment to brief pending assignment of the case to an argument panel.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk