FILED: April 27, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2366
(1:24-cv-00724-RDA-IDD)

_____

MAYA PARIZER; ADIN GESS; NOACH NEWMAN; NATALIE
SANANDAJI; YONI DILLER; DAVID BROMBERG; LIOR BAR OR; ARIEL
EIN-GAL; HAGAR ALMOG

       Plaintiffs - Appellants

v.

AJP EDUCATIONAL FOUNDATION INC., a/k/a American Muslims for
Palestine; NATIONAL STUDENTS FOR JUSTICE IN PALESTINE; WESPAC
FOUNDATION; HATEM BAZIAN; OSAMA ABUIRSHAID; TAHER
HERZALLAH; ZAREFAH BAROUD

       Defendants - Appellees

-------------------------------

VIRGINIA, IOWA, AND 23 ADDITIONAL STATES; THE RIEDERS
FOUNDATION; MIDDLE EAST FORUM

       Amici Supporting Appellants

_____

O R D E R

_____

Upon consideration of the submissions relative to appellants' motion for leave to file an addendum to the reply brief, the court denies the motion.

For the Court

/s/ Nwamaka Anowi, Clerk