FILED: April 28, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2366
(1:24-cv-00724-RDA-IDD)

_____

MAYA PARIZER; ADIN GESS; NOACH NEWMAN; NATALIE
SANANDAJI; YONI DILLER; DAVID BROMBERG; LIOR BAR OR; ARIEL
EIN-GAL; HAGAR ALMOG

　　　　Plaintiffs - Appellants

v.

AJP EDUCATIONAL FOUNDATION INC., a/k/a American Muslims for
Palestine; NATIONAL STUDENTS FOR JUSTICE IN PALESTINE; WESPAC
FOUNDATION; HATEM BAZIAN; OSAMA ABUIRSHAID; TAHER
HERZALLAH; ZAREFAH BAROUD

　　　　Defendants - Appellees

------------------------------

VIRGINIA, IOWA, AND 23 ADDITIONAL STATES; THE RIEDERS
FOUNDATION; MIDDLE EAST FORUM

　　　　Amici Supporting Appellants

_____

O R D E R

_____

This case is currently calendared for oral argument on May 7, 2026.

For reasons appearing to the court, this case is removed from the oral argument calendar and submitted for a decision on the briefs pursuant to Fed. R. App. P. 34(a)(2) and Local Rule 34(a).

For the Court

/s/ Nwamaka Anowi, Clerk