FILED: October 30, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-2366
(1:24-cv-00724-RDA-IDD)

---

MAYA PARIZER; ADIN GESS; NOACH NEWMAN; NATALIE SANANDAJI; YONI DILLER; DAVID BROMBERG; LIOR BAR OR; ARIEL EIN-GAL; HAGAR ALMOG

Plaintiffs - Appellants

v.

AJP EDUCATIONAL FOUNDATION INC., a/k/a American Muslims for Palestine; NATIONAL STUDENTS FOR JUSTICE IN PALESTINE; WESPAC FOUNDATION; HATEM BAZIAN; OSAMA ABUIRSHAID; TAHER HERZALLAH; ZAREFAH BAROUD

Defendants - Appellees

------------------------------

VIRGINIA, IOWA, AND 23 ADDITIONAL STATES; THE RIEDERS FOUNDATION; MIDDLE EAST FORUM

Amici Supporting Appellants

---

O R D E R

---

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 40. The court denies the petition for

rehearing en banc.

For the Court

/s/ Nwamaka Anowi, Clerk